## Exhibit A to the Complaint

**Location:** Washington, DC  
**Total Works Infringed:** 37

**IP Address:** 216.15.14.70  
**ISP:** Astound Broadband

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 8D5F22391FC5B7E66FEAB3E8053666C5581D2BE0 | 12/09/2024 23:54:17 | Tushy | 12/08/2024 | 12/13/2024 | PA0002506314 |
| 2 | 760f1fdab7879de5f0f7cdce8a3716ac6a996b27 | 12/13/2024 09:42:15 | Slayed | 04/12/2022 | 06/09/2022 | PA0002361951 |
| 3 | E317B43293C4E8E7C1A193AF14FA547D90C9DFB5 | 11/07/2024 08:32:17 | Vixen | 03/01/2024 | 03/13/2024 | PA0002459594 |
| 4 | 8B7C521CD656D63EF65068B88994FA717E14F4D7 | 11/07/2024 02:06:07 | Blacked | 11/04/2024 | 11/18/2024 | PA0002500995 |
| 5 | 0C61B5F6E6CF3B85E57748DC5C1969CCB192DADD | 10/16/2024 06:04:17 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 6 | C6C3B70C74B31254944165B804E65EC0CE364CD9 | 10/16/2024 06:00:02 | TushyRaw | 10/15/2024 | 11/18/2024 | PA0002500923 |
| 7 | dc1f1f85be5d760fea55c6a1caa7103dc483d6d5 | 10/14/2024 04:14:08 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |
| 8 | e41c90221769a1961a5ec20d3fd99801ca822c65 | 10/13/2024 23:44:29 | Vixen | 01/09/2019 | 02/02/2019 | PA0002155377 |
| 9 | bbdf1a355eb595d98022c86b63d079d69102237e | 10/12/2024 21:18:23 | Tushy | 10/23/2017 | 12/04/2017 | PA0002098018 |
| 10 | 07e3189f1ffb602ce4d3b8e0e638309cf672f50b | 10/12/2024 16:06:28 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 11 | 17314fab6d49997436e1ab2b503a4f38b7babe08 | 10/11/2024 13:25:02 | Blacked | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 12 | a900147553e9bff1cbb4e88c66f5ebc86e767e17 | 10/08/2024 06:32:52 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 13 | 46ba4444ed2037262f553da4da8d0f64accb3678 | 10/07/2024 11:17:08 | Vixen | 10/01/2017 | 10/10/2017 | PA0002086155 |
| 14 | b857c4a1e216ac3fffd58836edadaa321cb35f75 | 10/06/2024 20:24:41 | Blacked | 04/23/2022 | 05/20/2022 | PA0002350376 |
| 15 | 42760C789DF05E530C33EE99321EA23F020F1E44 | 10/06/2024 04:01:27 | Blacked | 10/05/2024 | 10/16/2024 | PA0002494696 |
| 16 | 4ab52d4fa3143979a818055c33055baa73e08904 | 10/05/2024 17:22:24 | Blacked | 03/27/2021 | 04/27/2021 | PA0002288945 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 4a54afd778d0f097ef6adc3a654a7230d1596796 | 10/05/2024 13:55:16 | Blacked Raw | 12/13/2019 | 01/22/2020 | PA0002234865 |
| 18 | 4D1B1BED1C599AA04DBF4BA76C6D550FD93A4FE8 | 10/05/2024 08:26:00 | Vixen | 09/20/2024 | 10/16/2024 | PA0002494775 |
| 19 | 1c82598aaaab29a63babef29dc134a6b274f7edd | 10/04/2024 22:59:24 | Blacked | 08/03/2017 | 08/17/2017 | PA0002077671 |
| 20 | 6d9362b7f4d558eb998c0b897dd2ed6a1b38303f | 10/04/2024 11:07:59 | Blacked | 02/09/2020 | 03/18/2020 | PA0002241446 |
| 21 | 646a8bea7c0d35a9324241bfd48b7c8e951199a1 | 10/03/2024 02:50:54 | Milfy | 11/29/2023 | PENDING | PENDING |
| 22 | 70D7964BD90CE0DFE4BA66E6125F99CA39A1CA67 | 10/03/2024 01:54:50 | Milfy | 12/06/2023 | 01/16/2024 | PA0002453488 |
| 23 | 3B9E7699CF4627BC533A78FE841A26A4529D3277 | 10/03/2024 01:52:37 | TushyRaw | 09/24/2024 | 10/16/2024 | PA0002494730 |
| 24 | 7DF4859B80D82B1345D1F965D14182E7FE939ACF | 10/03/2024 01:52:00 | Milfy | 10/02/2024 | 10/16/2024 | PA0002494708 |
| 25 | 5f966c36ca6eb83c500c0e66c6ba10fad23a5963 | 10/03/2024 01:50:03 | Milfy | 11/08/2023 | PENDING | PENDING |
| 26 | ACD43E99F3040FBCAB1388E22B436F03FA9E2FD7 | 10/03/2024 01:48:55 | TushyRaw | 10/01/2024 | 10/16/2024 | PA0002494747 |
| 27 | 4FA73270C87AC2ECFAA002728FC8A9C424AA444B | 10/03/2024 01:48:20 | Milfy | 10/18/2023 | 12/14/2023 | PA0002445873 |
| 28 | 5646357c2c33f1322815940754a792d16f4a3e8c | 10/02/2024 06:15:16 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 29 | f4f4a5caa897000f033302dd8274fefa1c90fb0d | 10/01/2024 13:44:11 | Vixen | 06/19/2020 | 06/25/2020 | PA0002256361 |
| 30 | b40db0d86fa2e538543b9f12ed2c816be69e3dca | 10/01/2024 07:46:07 | Blacked | 03/09/2024 | 04/10/2024 | PA0002464914 |
| 31 | C13E18B44662F579F14FB0EB1FCD572A6D147AB8 | 10/01/2024 02:10:01 | Milfy | 03/27/2024 | 06/24/2024 | PA0002477488 |
| 32 | cb5ca8f277e91e0c0ccc00d204865c59c44bfa72 | 09/27/2024 23:05:44 | Blacked | 11/20/2021 | 12/09/2021 | PA0002325817 |
| 33 | 36da030876c6148057a9ac68ff42891175a5764d | 09/23/2024 09:17:35 | Milfy | 09/13/2023 | PENDING | PENDING |
| 34 | 6804E926F55D958B94CEB0B0DEE34B91ECBC2097 | 09/16/2024 07:45:50 | Tushy | 10/15/2023 | 11/13/2023 | PA0002439634 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | cec6ccbfebcaf2373b829608dac1d4903077bc5d | 09/14/2024 02:40:10 | Blacked | 05/02/2020 | 05/19/2020 | PA0002241471 |
| 36 | 5651576fdce16ae143e19b6fa1f384928d54dc44 | 09/13/2024 06:40:26 | Blacked | 06/24/2017 | 07/07/2017 | PA0002070822 |
| 37 | 8E469A7C3346C9C431044A6EBF72C0A49848C8F6 | 09/04/2024 14:34:41 | Blacked Raw | 11/15/2021 | 12/09/2021 | PA0002325813 |